UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-16831-JKS |
| | Chapter: 7 |
| **Schumann, Kenneth W** | |
| **Schumann, Donna M** | Judge: John K. Sherwood |
| **Debtor(s).** | |

**NOTICE OF PROPOSED ABANDONMENT**

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk of the Court |
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on June 12, 2018 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

    **12 Lonaconing Road, Highland Lakes, NJ 07422**
    $127,000

**Liens on property**:

    $152,514

**Amount of equity claimed as exempt:**

    $0.00

Objections must be served on, and requests for additional information directed to:

Rev. 8/1/15

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

Rev. 8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth W Schumann  
Donna M Schumann  
    Debtors

Case No. 18-16831-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: May 09, 2018  
                Form ID: pdf905    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.

```
db/jdb         +Kenneth W Schumann,    Donna M Schumann,    12 Lonaconing Road,    Highland Lakes, NJ 07422-1400
cr             +Highland Lakes Country Club and Community Associat,     P.O. Box 578,
                 Highland Lakes, NJ 07422-0578
517439740      +AHS Hospital Corp,    475 South Street,    Morristown, NJ 07960-6459
517439741      +Capital One - Dress Barn,    P.O Box 30258,    Salt Lake City, UT 84130-0258
517439744      +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
517439745      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517439746      +Citibank / The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 St Louis, MO 63179-0040
517439747      +Comenity Bank / Ann Taylor,    P.O Box 182789,    Columbus, OH 43218-2789
517439748       Credit First,    PO Box 81083,    Cleveland, OH 44181
517439749      +DSNB/ Macys,    P.O box 17759,    Clearwater, FL 33762-0759
517439751       Foot and Ankle Center of NJ, LLC,    491 Amwell RD,    Suite 101,    Hillsborough, NJ 08844-8212
517439750       Foot and Ankle Center of New Jersey,    5 NJ-94,    Vernon, NJ 07462
517439752      +GAF Linden Emp F C U,    1 Campus Dr,    Parsippany, NJ 07054-4404
517439753      +Highland Lakes Country Club ACA,    PO Box 578,    Highland Lakes, NJ 07422-0578
517439755      +PHH Mortgage Service,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
517439756      +Raymour and Flanigan,    PO Box 731,    Mahwah, NJ 07430-0731
517439757      +St Clares Hospital,    130 Powerville Rd,    Boonton, NJ 07005-8705
517452917       State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517439758      +State Farm Financial Services,    1 State Farm Plaza,    Bloomington, IL 61710-0001
517439759      +State of NJ Student Asst,    4 Quackerbridge Plaza,    Trenton, NJ 08619-1241
517439762      +TD Bank  (Raymour Flanigan Card),    1 Wanaque Ave,    Pompton Lakes, NJ 07442-2023
517439763     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     P.O Box 5855,    Carol Stream, IL 60197)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 10 2018 01:21:27     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2018 01:21:25     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 09 2018 23:16:19
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517439742      +E-mail/Text: bankruptcy@certifiedcollection.com May 10 2018 01:21:15
                 Certified Credit Collections Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
517439743      +E-mail/Text: bk.notifications@jpmchase.com May 10 2018 01:21:14     Chase Auto Finance,
                 PO Box 901076,    Fort Worth, TX 76101-2076
517439754      +E-mail/Text: bnckohlsnotices@becket-lee.com May 10 2018 01:20:49     Kohls / Capital One,
                 PO BOX 3115,    Milwaukee, WI 53201-3115
517439760      +E-mail/PDF: gecsedi@recoverycorp.com May 09 2018 23:16:49     Syncb/Mattress Firm,
                 950 Forrer Blvd,    Dayton, OH 45420-1469
517441886      +E-mail/PDF: gecsedi@recoverycorp.com May 09 2018 23:15:50     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517439761      +E-mail/PDF: gecsedi@recoverycorp.com May 09 2018 23:16:19     Synchrony Bank / Lowes,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 9
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517439764    ##+Transworld System Inc,    2235 Mercury Way,    Ste 275,    Santa Rose, CA 95407-5463
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: May 09, 2018
                              Form ID: pdf905          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              James C. Zimmermann    on behalf of Joint Debtor Donna M Schumann jim@jzlawyer.com,
               jim@jzlawyer.com
              James C. Zimmermann    on behalf of Debtor Kenneth W Schumann jim@jzlawyer.com, jim@jzlawyer.com
              Jill Manzo    on behalf of Creditor    PHH MORTGAGE CORPORATION bankruptcy@feinsuch.com
              Jonathan Kohn    on behalf of Creditor    Highland Lakes Country Club and Community Association
               jkohn@rrklaw.com, lawyers@rrklaw.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```