| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Toyota Motor Credit Corporation | Order Filed on May 30, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No: <u>18-16831 JKS</u> |
| In Re:<br>  Schumann, Donna M<br>  Schumann, Kenneth W | Hearing Date: <u>May 29, 2018</u><br><br>Judge: John K. Sherwood |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☐ Followed | ☐ Modified |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 30, 2018**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as:

**2015 TOYOTA RAV4, VIN: 2T3RFREV0FW245478**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth W Schumann  
Donna M Schumann  
    Debtors

Case No. 18-16831-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: May 30, 2018  
                              Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.  
db/jdb        +Kenneth W Schumann,   Donna M Schumann,   12 Lonaconing Road,   Highland Lakes, NJ 07422-1400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:  
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation  
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Donald V. Biase    dbiase4236@gmail.com,  
           dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com  
          James C. Zimmermann   on behalf of Debtor Kenneth W Schumann jim@jzlawyer.com,   jim@jzlawyer.com  
          James C. Zimmermann   on behalf of Joint Debtor Donna M Schumann jim@jzlawyer.com,  
           jim@jzlawyer.com  
          Jill  Manzo   on behalf of Creditor   PHH MORTGAGE CORPORATION bankruptcy@feinsuch.com  
          Jonathan Kohn   on behalf of Creditor   Highland Lakes Country Club and Community Association  
           jkohn@rrkklaw.com,   lawyers@rrkklaw.com  
          Kevin Gordon McDonald   on behalf of Creditor   Toyota Motor Credit Corporation  
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Melissa S DiCerbo   on behalf of Creditor   HSBC Bank USA, N.A. nj-ecfmail@mwc-law.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                   TOTAL: 9